FILED

03/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0064

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0064

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs and Appellees,

  v.

WESTERN ENERGY CO., NATURAL             O R D E R
RESOURCE PARTNERS, L.P.,
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 400, and NORTHERN
CHEYENNE COAL MINERS ASSOCIATION,

      Respondent-Intervenors and
      Appellants.

_____

      This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on March 28, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

      M. R. App. P. 11(4)(e) requires that a certificate of compliance be filed with the brief. The brief does not include a certificate of compliance. Therefore,

      IT IS ORDERED that the referenced brief is rejected.

      IT IS FURTHER ORDERED that the briefing schedule will resume in accordance with the schedule set forth in the Rules of Appellate Procedure upon entry of final judgment and notification to this Court in accordance with our March 30, 2022 Order.

      The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 31 2022